UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE B.A.C. LOCAL 32
INSURANCE FUND, ET AL.,

        Plaintiff(s),        CIVIL ACTION NO: 04-CV-71903-DT

v.

BOOMS STONE COMPANY, ET AL,

        Defendants
_____ /

## ORDER OF DISMISSAL

At a session of said Court, held in the
U.S. Courthouse and Federal Building,
at Detroit, Michigan, on __5/27/05_____

PRESENT:    HONORABLE ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

The Court having been advised by counsel that the above-entitled action has been settled, therefore;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** without costs and without prejudice to the right of either party to move within sixty (60) days to vacate this Order if settlement is not consummated. After 60 days from this date, this dismissal is with prejudice.

        S/Robert H. Cleland_____
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  May 27, 2005
I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 27, 2005, by electronic and/or ordinary mail.

        S/Lisa G. Teets_____
        Case Manager and Deputy Clerk
        (313) 234-5522